UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

DEVON SMITH,

       Plaintiff,

v.

DOMETIC CORPORATION,

       Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

       Defendant Dometic Corporation ("Dometic" or "Defendant") hereby provides notice that it is removing this action for all further proceedings to the United States District Court for the Southern District of Florida, from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.  In support, Defendant states as follows:

### I.    STATEMENT OF THE CASE

       1.    On or about August 9, 2024, Plaintiff Devon Smith filed a lawsuit in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida against Dometic. The case was designated Case Number CACE-24-011287 (hereinafter, the "State Action").

       2.    Plaintiff served Dometic with initial process of the Complaint on August 13, 2024.

       3.    Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders in the State Action are attached hereto as **Exhibit A**.

       4.    No other process, pleadings, or orders have been served on Defendant in the State Action other than those included in Exhibit A.

5.      The Complaint purports to bring claims for race and color discrimination, and retaliation pursuant to the Florida Civil Rights Act, Fla. Stat. §§ 760.01 *et seq*. ("FCRA"), Title VII of the Civil Rights Act ("Title VII"), and 42 U.S.C. § 1981 ("Section 1981").  *See* Ex. A, Pl.'s Compl. ¶¶ 4, 9-61.

## II.      GROUNDS FOR REMOVAL

6.      This Court has original jurisdiction over this matter by virtue of 28 U.S.C. § 1331 through application of 28 U.S.C. § 1446 in that it raises a federal question because this civil action arises out of laws of the United States.

7.      The Complaint, on its face, expressly raises a claims under Title VII and 42 U.S.C. § 1981, which are federal statutes. Therefore, the Complaint raises a federal question, and it is removable on that basis. 28 U.S.C. §§ 1331.

8.      The Complaint does not contain any other claim besides FCRA, Title VII, and Section 1981 claims.

## III.      VENUE

9.      Venue is proper in the United States District Court for the Southern District of Florida because the case is being removed from the Circuit Court in and for Broward County, Florida.  *See* 28 U.S.C. § 1446(a).

## IV.      CONSENT OF OTHER DEFENDANTS

10.      Dometic is the only defendant in this case. Therefore, there are no other defendants who would need to join in or consent to this Notice of Removal.

## V.     TIMELINESS OF REMOVAL

11.     Defendant was first served with initial process on August 13, 2024. Thus, Defendant is filing this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b).

## VI.     NOTICE OF REMOVAL GIVEN TO STATE COURT

12.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. A copy of the Notice being filed in the State Action is attached as **Exhibit B**.

## VII.     CONCLUSION

13.     Accordingly, this case is being properly removed to the United States District Court for the Southern District of Florida. Defendant Dometic Corporation respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove it from the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida to the United States District Court for the Southern District of Florida.

Dated: September 3, 2024.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Two Datran Center
9130 S. Dadeland Boulevard, Suite 1625
Miami, Florida 33156
Telephone: 305.374.0506
Facsimile: 305.374.0456


*s/ Gregory R. Hawran*
Gregory R. Hawran
Florida Bar No. 55989
gregory.hawran@ogletreedeakins.com

*Counsel for Defendant*

3

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Gregory R. Hawran*
Gregory R. Hawran

<u>**SERVICE LIST**</u>
*Devon Smith v. Dometic Corporation*
United States District Court for the Southern District of Florida
CASE NO. _____

Alberto Naranjo
an@anlawfirm.com
AN LAW FIRM, P.A.
7900 Oak Lane #400
Miami Lakes, Florida 33016-5888
Telephone: 305.942.8070

*Counsel for Plaintiff*

Method of Service:  CM/ECF

Gregory R. Hawran
gregory.hawran@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
9130 S. Dadeland Blvd., Suite 1625
Miami, FL 33156
Telephone:  305.374.0506
Facsimile:  305.374.0456

*Counsel for Defendant*

63953884.v1-OGLETREE