# EXHIBIT B

IN THE CIRCUIT COURT, 17TH
JUDICIAL CIRCUIT IN AND FOR
BORWARD COUNTY, FLORIDA

CASE NO.: CACE-24-011287

DEVON SMITH,

      Plaintiff,

v.

DOMETIC CORPORATION,

      Defendant.
_____/

## NOTICE TO STATE COURT OF FILING OF
## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

TO:    CLERK OF THE ABOVE-ENTITLED COURT

PLEASE TAKE NOTICE that on September 3, 2024, Defendant filed a Notice of Removal in the above-captioned action – under 28 U.S.C. § 1441 – in the United States District Court for the Southern District of Florida. A true and correct copy of said Notice of Removal is attached hereto as Exhibit 1.

Pursuant to 28 U.S.C. § 1446(d), the removal divests this Court of jurisdiction, and this Court may proceed no further in this action unless and until the case is remanded.

Dated: September 3, 2024.

                              Respectfully submitted,

                              OGLETREE, DEAKINS, NASH,
                              SMOAK & STEWART, P.C.
                              9130 South Dadeland Blvd., Suite 1625
                              Miami, Florida 33156
                              Telephone:  305.374.0506
                              Facsimile:   305.374.0456

                              *s/ Gregory R. Hawran*
                              Gregory R. Hawran
                              Florida Bar No. 55989
                              gregory.hawran@ogletreedeakins.com

                              *Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2024, the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified.

s/ Gregory R. Hawran<br>
Gregory R. Hawran

## SERVICE LIST
*Devon Smith v. Dometic Corporation*
*17th Judicial Circuit in and for Broward County, Florida*
*CASE NO.: CACE-24-011287*

Alberto Naranjo
an@anlawfirm.com
AN LAW FIRM, P.A.
7900 Oak Lane #400
Miami Lakes, Florida 33016-5888
Telephone: 305.942.8070

*Counsel for Plaintiff*

Method of Service: Florida E-Filing Portal

Gregory R. Hawran
gregory.hawran@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
9130 South Dadeland Blvd., Suite 1625
Miami, Florida 33156
Telephone: 305.374.0506
Facsimile: 305.374.0456

*Counsel for Defendant*

4